IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-N-685 (OES)

JASON STEINBACH,

Plaintiff(s),

v.

OMNI PROPERTIES,

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: July 6, 2005

    On July 6, 2005, the Court heard argument regarding Plaintiff's Motion to Amend Complaint to add Defendant [Doc. #23, filed 11/2/04]. For reasons stated on the record, the motion is DENIED.