IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–00685–EWN–OES

JASON STEINBACH,

      Plaintiff,

v.

OMNI PROPERTIES,

      Defendant.

---

### MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary

Defendant's "Unopposed Motion to Vacate and Reschedule Hearing" (Document 65) filed August 5, 2005 is GRANTED. The hearing presently scheduled for September 23, 2005 is RESET to Friday, **September 9, 2005** from 2:30 o'clock p.m. until 2:45 o'clock p.m.

Dated: August 5, 2005